**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-00287-01-CR-W-DW |
| | ) | |
| DONALD R. MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Report and Recommendation (Doc. 64) submitted by Magistrate Judge Sarah W. Hays regarding Defendant's Motion to Suppress Evidence (Doc. 54). Defendant filed an Objection (Doc. 69) to the Report and Recommendation. Pursuant to Rule 59(b)(3) of the Federal Rules of Criminal Procedure, the district judge must consider de novo any objection to the magistrate judge's recommendation. After an independent review of the record, the applicable law, and Defendant's objections, the Court accepts the recommendation and adopts the Magistrate Judge's findings of fact and conclusions of law.

Accordingly, IT IS ORDERED that:

1) The Magistrate Judge's Report and Recommendation (Doc. 64) be attached to and made a part of this Order; and

2) Defendant's Motion to Suppress Evidence (Doc. 54) is DENIED.

SO ORDERED.

Date: July 29, 2014 _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge